UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KENNETH L. SPARKMAN, )
) CASE # 14-CV-1500-MC
           Plaintiff, )
)
           vs. ) ORDER OF DISMISSAL
)
COMMISSIONER OF SOCIAL SECURITY, )
)
           Defendant. )
_____)

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss the matter and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that the matter herein shall be dismissed and closed.

Respectfully submitted this __19__ day of __March__, 2015

                                                _____
                                                Hon. Judge Michael J. McShane
                                                Presiding Judge